CINCINNATI BAR ASSOCIATION *v.* ALTEKRUSE.

[Cite as *Cincinnati Bar Assn. v. Altekruse*
(1992), 63 Ohio St.3d 139.]

(No. 91–2193—Submitted December 11, 1991—Decided March 4, 1992.)

*W. Deems Clifton, John G. Slauson* and *Edwin W. Patterson,* for relator.
*John H. Burlew,* for respondent.

---

*Per Curiam.* Based upon our review of the record, we agree with the findings of misconduct and recommendation of the board. Respondent, John L. Altekruse, Jr., is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.